AO 440 (Rev. 8/01) Summons in a Civil Action

CLERK
US DISTRICT & BANKRUPTCY COURTS

2008 MAY -8 PM 4: 50

RECEIVED

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

---

SHENIKA JACKSON,                    )
2808 Terrace Road, SE               )
Apt. A458                           )
Washington, DC 20020                )
           Plaintiff      )
                          )
                          )
          V.              )
                          )
                          )
WILKS ARTIS,                        )
1150 18TH Street, N.W.              )
Suite 400                           )
Washington, DC 20036                )
           Defendant      )
                          )

**SUMMONS IN A CIVIL CASE**

Case: 1:08-cv-00800
Assigned To : Huvelle, Ellen S.
Assign. Date : 5/8/2008
Description: Civil Rights-Non. Employ.

TO:    Wilks Artis

**YOU ARE HEREBY SUMMONED** and required to serve on DENISE M. CLARK 1250 Connecticut Avenue N.W., Suite 200 Washington, DC 20036.

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**

_____
CLERK

_signature_
(By) DEPUTY CLERK

MAY - 8 2008
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me(1)    DATE  May 19, 2008 @ 4:00 p.m.

NAME OF SERVER (PRINT)  Alex Hernandez    TITLE  Private Process Server

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

X Other (specify): Served Wilks Artis c/o Karen Launoli, Office Administrator/Authorized Agent. Served at 1150 18th Street, N.W., Suite 400, Washington, DC 20036

### STATEMENT OF SERVICE FEES

TRAVEL    SERVICES    TOTAL

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/19/08
         Date

Signature of Server

P.O. Box 18647, Washington, DC 20036
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



## May 20, 2008

DENISE CLARK, ESQ.
1250 CONNECTICUT AVENUE #200
WASHINGTON DC 20036

202-293-0015 Business
202-293-0115 Fax

Invoice No: 29704

Reference Job #**29704** when remitting

Shenika Jackson vs Wilks Artis
**Docket Number: 1:08-cv-00800**
**Summons, Complaint**
**Wilks Artis**
Served last and usual with Karen Launoli, Office Administrator/Authorized Agent
on May 19, 2008 at 4:00 PM,
at 1150 18th Street NW, Suite #400, Washington, DC 20036

Service Fee $85.00
Telephone & Transportation Fee $18.00

Fee for Service: $103.00

**BALANCE DUE: $103.00**

Quality legal services
based on confidence,
trust and results!

---

Torri's Legal Services • P.O. Box 18647 • Washington, DC 20036 • (202) 296-0222
E-mail: tlsnc@erols.com • Fax: (202) 296-4584 • 1-800-990-SERV