THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SENISHIKA JACKSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:08-cv-0800(ESH) |
| ) | |
| WILKES ARTIS ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF'S CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

     With the consent of all parties, Plaintiff hereby moves that this Court grant an extension until July 2, 2008 for Plaintiff to file an Opposition to Defendant's Motion to Dismiss. Plaintiff also consents to an extension of time for Defendant to file a Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss.

Dated: June 19, 2008

                                                               Respectfully submitted,

                                                               /s/Denise M. Clark
                                                           Denise M. Clark (420480)
                                                           The Law Office of Denise M. Clark
                                                           1250 Connecticut Ave, N.W.
                                                           Suite 200
                                                           Washington, D.C. 20036
                                                          (202) 293-0015
                                                           dmclark@benefitcounsel.com

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SENISHIKA JACKSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:08-cv-0800(ESH) |
| ) | |
| WILKES ARTIS ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

## STATEMENT IN SUPPORT OF PLAINTIFF'S CONSENT MOTION FOR AN EXTENSION OF TIME TO OPPOSE MOTION TO DISMISS

Pursuant to Local Rule 7(a), Plaintiff provides the following Statement of Points and Authorities in Support of his Motion for an Extension of Time to File an Opposition to Defendant's Motion to Dismiss for failure to state a claim upon which relief can be granted.

1. Plaintiff's Counsel recently had a family medical emergency which required her attention during the last two weeks.

2. This personal matter has negatively impacted Plaintiff's Counsel's already crowded professional and litigation schedules.

3. Consequently, Plaintiff's Counsel requires additional time to file Plaintiff's Opposition to Defendants' Motion to Dismiss.

4. Defendant consents to Plaintiff's Request for additional time to file her Opposition brief.

5. Plaintiff proposes that Defendant's Reply to Plaintiff's Opposition to the Motion to Dismiss should be filed no later than July 17, 2008.

6. At this time, there has been no action taken by either party regarding discovery.

**WHEREFORE**, Jackson respectfully requests that this Court enter an Order to Extend Time from June 20, 2008 until July 2, 2008

Dated: June 19, 2008

                                                   Respectfully submitted,

                                                   _____/s/ Denise M. Clark_____
                                                   Denise M. Clark (420480)
                                                   The Law Office of Denise M. Clark
                                                   1250 Connecticut Ave, N.W.
                                                   Suite 200
                                                   Washington, D.C. 20036
                                                   (202) 293-0015
                                                   dmclark@benefitcounsel.com

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SENISHIKA JACKSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:08-cv-0800(ESH) |
| ) | |
| WILKES ARTIS ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

Plaintiffs having filed an unopposed motion to extend time until July 2, 2008, the time for filing an Opposition to Defendant's Motion to Dismiss; and the Court finding good cause shown, the Court hereby

**ORDERS** that Plaintiff's Opposition to Defendant's Motion to Dismiss shall be filed on or before July 2, 2008.

Entered this _____ day of _____, 2008.

_____
Ellen Segal Huvelle, U.S. District Court Judge

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SENISHIKA JACKSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:08-cv-0800(ESH) |
| | ) | |
| WILKES ARTIS | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I certify that Plaintiff's Consent Motion for Extension of Time to File Opposition To Defendant's Motion to Dismiss, was served this 19th day of June, via CM/EFC, upon Defendant's Counsel of Record

Thomas L. McCally
Carr Maloney, P.C.
1615 L Street, N.W., Suite 500
Washington, D.C. 20036

Dated:  June 19, 2008

Respectfully submitted,

         /s/ Denise M. Clark
Denise M. Clark, Esq. (420280)
The Law Office of Denise M. Clark, PLLC
1250 Connecticut Ave, N.W., Ste 200
Washington, DC 20036
Phone: (202) 293-0015
Fax:    (202) 293-0115
dmclark@benefitcounsel.com