UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **SHENIKA JACKSON,** | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 08-0800 (ESH) |
| **WILKS ARTIS** | ) | |
| Defendant. | ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, defendant's motion to dismiss [Dkt. 3] is **GRANTED**, and the captioned case is dismissed with prejudice.

**SO ORDERED**.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: July 21, 2008